IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE NETTLES and KARLA GUTIERREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPUTY TYSON OSBORN, in his individual capacity, and SHERIFF ALAN MOORE, in his individual and official capacities<br><br>    Defendants. | Case No. 4:25cv3102<br><br>**CERTIFICATE OF SERVICE OF FED. R. CIV. P. 26(a)(1)(A) DISCLOSURES OF THE DEFENDANTS TYSON OSBORN, in his individual capacity, and SHERIFF ALAN MOORE, in his individual and official capacities** |

COME NOW the Defendants, Deputy Tyson Osborn, in his individual capacity, and Sheriff Alan Moore, in his individual and official capacities, by and through their counsel, and in accordance with NECivR 26.1, certify that on the 30th day of June, 2025, they served mandatory disclosures under Fed. R. Civ. P. 26(a)(1)(A) upon the Plaintiffs via email to their counsel of record, as follows:

    Adam J. Sipple
    Sipple Law
    adam@sipple.law

                                      DEPUTY TYSON OSBORN, in his individual capacity; and SHERIFF ALAN MOORE, in his individual and official capacities, Defendants,

                   BY:   *s/Jeffery R. Kirkpatrick*
                          Jeffery R. Kirkpatrick, #21280
                          Governmental Law, LLC
                          8040 Eiger Drive, Suite B
                          Lincoln, NE 68516
                          (402) 742-9245
                          jeff@nrmainc.info
                          *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all registered participants, including counsel for Plaintiffs as follows:

Adam J. Sipple
Sipple Law
adam@sipple.law

                                    BY:    *s/Jeffery. R. Kirkpatrick*
                                                      Jeffery R. Kirkpatrick, #21280