IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE NETTLES and KARLA GUTIERREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUTY TYSON OSBORN, in his individual capacity, and SHERIFF ALAN MOORE, in his individual and official capacities <br><br> Defendants. | Case No. 4:25cv3102 <br><br> **CERTIFICATE OF SERVICE OF DEFENDANT SHERIFF ALAN MOORE'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (SET I)** |

COMES NOW the Defendant, Sheriff Alan Moore, by and through his counsel, and certifies that on the 8th day of December, 2025, he served his First Supplemental Responses to Plaintiffs' Requests for Production of Documents (Set I), upon the Plaintiffs via email to their counsel of record, as follows:

    Adam J. Sipple
    Sipple Law
    adam@sipple.law

                                             DEPUTY TYSON OSBORN, in his individual capacity; and SHERIFF ALAN MOORE, in his individual and official capacities, Defendants,

                          BY:    *s/Jeffery R. Kirkpatrick*
                                      Jeffery R. Kirkpatrick, #21280
                                      Governmental Law, LLC
                                      8040 Eiger Drive, Suite B
                                      Lincoln, NE 68516
                                      (402) 742-9245
                                      jeff@nrmainc.info
                                      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all registered participants, including counsel for Plaintiffs as follows:

    Adam J. Sipple
    Sipple Law
    adam@sipple.law

                                    BY:    *s/Jeffery. R. Kirkpatrick*
                                                      Jeffery R. Kirkpatrick, #21280