IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE NETTLES, and KARLA GUTIERREZ,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPUTY TYSON OSBORNE, in his individual capacity; and SHERIFF ALAN MOORE, in his individual and official capacities;<br><br>          Defendants. | **4:25CV3102**<br><br><br><br>**AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that Plaintiffs' Unopposed Motion to Extend Progression is granted (Filing No. 22). The final progression order is amended as follows:

1)    The trial and pretrial conference will not be set at this time. Upon agreement of the parties that a status conference is not needed at this time, the status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for **February 25, 2026** is **continued** and will be held with the undersigned magistrate judge on **April 28, 2026** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 12)

2)    The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is April 16, 2026.

3)    The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient.

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)) is May 18, 2026. The parties do not foresee a need for a rebuttal expert deadline.

4)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 6, 2026.

   a.   The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 20.

   b.   Depositions will be limited by Rule 30(d)(1).

5)   The deadline for filing motions to dismiss and motions for summary judgment is June 22, 2026.

6)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 22, 2026.

7)   Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)   The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9)   All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 11th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge

---

Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.